IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**SETH AARON FOSTER,**                                                              **PLAINTIFF**

v.                              CASE NO. 4:25CV00808-JM-JTK

**DOES, et al.**                                                                      **DEFENDANTS**

# ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Jerome T. Kearney. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1. Plaintiff's excessive force claims against Defendant M. Willams will proceed. All remaining claims and related Defendants are DISMISSED as improperly joined.

2. Plaintiff's official capacity claims are DISMISSED without prejudice for failure to state a claim on which relief may be granted;

3. Defendants Shipp, Gebhardt, Wilson, Duke, and the Doe Defendants are TERMINATED as parties to this action.

Dated this 28th day of October, 2025.

_____
UNITED STATES DISTRICT JUDGE