IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**SETH AARON FOSTER,**                                                    **PLAINTIFF**

**v.**                      **Case No. 4:25-CV-00808-JM-JTK**

**DOES,** *et al.*                                                     **DEFENDANTS**

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. The Court certifies that an *in forma pauperis* appeal is considered frivolous and not in good faith.

DATED this 23rd day of January, 2026.

_____
UNITED STATES DISTRICT JUDGE